UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOISES QUINTANILHA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDEX FREIGHT, INC., ) <br> ) <br> Defendant. ) | CIVIL ACTION <br> NO. 22-CV-40128-MRG |

**SETTLEMENT ORDER OF DISMISSAL**

**GUZMAN, D.J.**

The Court having been advised on   September 27, 2024   that the above-entitled action has been settled,

**IT IS ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

  September 27, 2024                                      /s/ Suzanne Frisch
  Date                                                               Deputy Clerk